Henry W. Siegel, Appellant, v. The New York Telephone Company, Respondent.— Costs in favor of the respondent and against the appellant having been awarded on a previous motion, and the appellant having failed to pay the same, this motion to dismiss his appeal is granted, with ten dollars costs, unless on or before November 1, 1937, he pays the costs previously awarded and the costs awarded on this motion, perfects his appeal, and files and serves his record and brief, on or before November 1, 1937, and is ready for argument at the November term, in which event the motion is denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Elizabeth Tall, Appellant, against Liam Holding Corp. and Another, Respondents. State Industrial Board, Respondent.— Motion for leave to appeal on typewritten papers granted, with ten dollars costs to the claimant against the employer and insurance carrier. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

The People of the State of New York ex rel. John J. Bennett, Jr., as Attorney-General of the State of New York; James Byrne and Others, as Members of and Constituting the Board of Regents of the State of New York, and Frank P. Graves, as President of the University of the State of New York and Commissioner of Education of the State of New York, Appellants, v. Earl S. Laman, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Jacob Smith, Respondent, against Estate of S. D. Coykendall and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Kathleen Bol, Respondent, against Guaranteed Sanitation, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Alice M. Mahn and Another, Respondents, against Alco Gravure, Inc., and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Nora Clarkson, Respondent, against J. J. Schmukler and Another, Appellants. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Francis L. Henault, Respondent, against Joseph Endres Co. and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Frank Svec, Respondent, against The City of New York, Appellant. State Industrial Board, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.